IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00484-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

COUNSELOR MADISON,
UNIT MANAGER COLLINS,
DEBORAH A. LOCKE,
BOYD BOLAND,
ZITA WEINSHIENK, and
MS. MACK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF RECUSAL

Under 28 U.S.C. § 455(a), a judge is required to disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. **United States v. Gigax**, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." **Id.**; **Webbe v. McGhie Land Title Co.**, 549 F.2d 1358, 1361 (10th Cir. 1977). Furthermore, under § 455(b)(5)(i), a judge must recuse himself when he is a party to the proceeding. **Young v. United States**, 316 Fed. Appx. 764, 772-73 (10th Cir. Mar. 12, 2009).

After reviewing the case file, I conclude that I am compelled under **Young v. United States**, **supra**, to recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse myself from any further service in this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge.

DATED March 9, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00484-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/9/10.

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                          Deputy Clerk