IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00484-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

COUNSELOR MADISON,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    At issue is the "Motion for the Withdrawal of Exhibits" (Doc. No. 5) that Plaintiff filed with the Court on April 7, 2010. In the Motion, Plaintiff asks that the exhibits attached to the Complaint be withdrawn and returned to him. The exhibits originally were filed in the United States District Court for the Eastern District of New York and, subsequently, electronically transferred to this Court. The Court does not have paper copies of the exhibits to return to Plaintiff. To the extent Plaintiff asks that the exhibits be withdrawn, the Court will refrain from considering the exhibits in review of the Complaint. Plaintiff's Motion (Doc. No. 5), therefore, is DENIED.

Dated: April 8, 2010